UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

LEON MCKISSACK, # 127628,                )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )    No.: 2:15-CV-115-RLJ-MCLC
                                         )
DERRICK SCHOFIELD, *et al.*,             )
                                         )
    Defendants.                          )

## **MEMORANDUM**

On March 23, 2016, Plaintiff was afforded a second opportunity to file an amended complaint to clarify which claims, if any, asserted in his civil rights complaint filed under 42 U.S.C. §1983 were independent of claims alleging violations of the settlement agreement in *Grubbs v. Bradley*, 821 F. Supp. 496 (M.D. Tenn. 1993) [Doc. 10]. The Court cautioned Plaintiff that unless, within twenty (20) days from that date, he filed the amended complaint, his case would be dismissed without further notice to him for failure to comply with the orders of the Court. That date has come and gone, and Plaintiff has not submitted his amended complaint or otherwise responded to the order.

Therefore, this civil rights action will be **DISMISSED** for failure to comply with the Court's orders. *See* Fed. R. Civ. P. 41(b).

**AN APPROPRIATE ORDER WILL ENTER.**

                                                    /s/ Leon Jordan
                                                    LEON JORDAN
                                                    UNITED STATES DISTRICT JUDGE